# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 24-cr-00304-CJN |
| ) | |
| **LEE GIOBBIE,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## DEFENDANT LEE GIOBBIE'S MOTION TO MODIFY CONDITIONS OF RELEASE

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW COMES, Defendant Lee Giobbie, by and through his undersigned counsel or record, William L. Shipley, requesting this Court modify the conditions of pretrial release imposed by this Court so as to allow for travel to the District of Columbia to attend President-Elect Donald Trump's Inauguration.

On January 22, 2024, Defendant Giobbie was charged with violations of 18 U.S.C. Sec. 1512(c)(2), 18 U.S.C. Sec. 231(a)(3), 18 U.S.C. Sec 1752 (a)(1), 18 U.S.C. Sec 1752 (a)(2), 18 U.S.C. Sec 5104 (e)(2)(D), and 18 U.S.C. Sec 5104 (e)(2)(G) by a criminal complaint. Defendant Giobbie was later indicted on the same violations; however, after the United States Supreme Court ruling in *Fischer v. United States*, the Government moved to dismiss the 18 U.S.C. Sec. 1512(c)(2) violation and now only stands charged with a felony violation of 18 U.S.C. Sec. 231(a)(1).

On May 21, 2024, Magistrate Judge Harvey set Defendant Giobbie's terms and conditions of pretrial release which included a restriction of Defendant Giobbie to refrain from entering the District of Columbia unless it was related to court or personal business matters. *See* ECF No.13 Pg. 2 at ln f.

To date, Defendant Giobbie has been in compliance with all terms and conditions of release set by this Court.

Defendant Giobbie requests to be allowed to travel to the District of Columbia from January 19, 2025, to January 20, 2025, to be in attendance of President-Elect Donald Trump's Inauguration.

Undersigned has conferred with Government Counsel who oppose such modification.

Dated: January 7, 2025                    Respectfully Submitted,

 

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*