UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No. 24-cr-00304-CJN |
| | ) | |
| **LEE GIOBBIE,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**DEFENDANT LEE GIOBBIE'S MOTION TO CONTINUE STATUS HEARING**

                              William L. Shipley, Jr., Esq.
                              PO BOX 745
                              Kailua, Hawaii 96734
                              Tel: (808) 228-1341
                              Email: 808Shipleylaw@gmail.com

NOW COMES Defendant Lee Giobbie by and through his undersigned counsel of record, William L. Shipley, and respectfully files this Motion to Continue the Status Hearing.

On January 8, 2025, this Court set a status hearing in this case for January 13, 2025.

Undersigned began trial in *United States v. Slaughter,* 22-cr-00354 (RCL) which was expected to have concluded on January 10, 2025; however, due to Court closures because of the winter storm, undersigned is still in trial.

Undersign will confer with Government Counsel and this Court for a new date and time that works for all parties

Wherefore, this Court should Grant Defendant Giobbie's Motion to Continue.

Dated: January 13, 2025   Respectfully Submitted,

/s/ William L. Shipley  
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*